IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DONNA CAVIN, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) 1:18CV995 |
| SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP, | )<br>)<br>) |
| Defendant. | ) |

**JUDGMENT**

For the reasons stated in the Memorandum Opinion and Order filed contemporaneously with this Judgment, IT IS HEREBY ORDERED AND ADJUDGED that Defendant Smith Debnam Narron Drake Saintsing & Myers, LLP's Motion to Dismiss [Doc. #8] is GRANTED and this case is DISMISSED.

This the 6th day of September, 2019.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge